

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

CMR Construction & Roofing of Austin, Inc., Appellant

No. 06-19-00006-CV     v.

Larry Elliott, Appellee

Appeal from the 201st District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-10-000937). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, CMR Construction & Roofing of Austin, Inc., pay all costs of this appeal.

RENDERED MAY 29, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk